IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE DICKERSON, JR.,

      Plaintiff,

v.                              CASE NO. 4:16cv113-RH/CAS

SERGEANT ANDREW MOCK,
et al.,

      Defendants.

_____/

## ORDER DENYING MOTION TO AMEND THE COMPLAINT

This case is before the court on the magistrate judge's report and recommendation ECF No. 85. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The plaintiff's motion to amend the complaint, ECF No. 79, is denied. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on March 8, 2017.

                                         s/Robert L. Hinkle
                                         United States District Judge